# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MELISSA ANNE PICARDI,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-01042-RDP-HNJ |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation (Doc. # 10) on February 15, 2024, recommending that the court dismiss without prejudice Petitioner Melissa Anne Picardi's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. # 1) as meritless. The Magistrate Judge further recommended that the court deny Picardi's Motion to Supplement the Record (Doc. 9). No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. A final judgment will be entered.

**DONE** and **ORDERED** this March 15, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE